1

2
Attorneys for Plaintiff, **MERVYN ANDREWS**
3 ALLEY▪CLARK▪GREIWE
Counsel for Plaintiff
4 701 E. Washington Street
Tampa, Florida 33602
5 Phone:  813-222-0977
Facsimile: 813-224-0373
6

7

8

9              UNITED STATES DISTRICT COURT

10              NORTHERN DISTRICT OF CALIFORNIA

11

12

|  |  |
|---|---|
| IN RE: BEXTRA AND CELEBREX MARKETING SALES PRACTICES AND PRODUCT LIABILITY LITIGATION | Case Specific Number: **3:07-cv-107-CRB**<br>**MDL NO. 1699**<br>**District Judge:  Charles R. Breyer** |
| Plaintiff Name(s),<br>**MERVYN ANDREWS**<br>                     Plaintiffs,<br>          vs.<br>Pfizer, Inc., et al.<br>                     Defendants. | **STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE** |

Come now the Plaintiff, MARGARET ANDREWS, as Personal Representative for the Estate of **MERVYN ANDREWS**, and Defendants, by and through the undersigned attorneys, pursuant to Federal Rule of Civil Procedure, Rule 41(a), and hereby stipulate to the dismissal of this action with prejudice with each side bearing its own attorneys' fees and costs.

DATED: 4/3, 2009     By:_____
                                        ALLEY▪CLARK▪GREIWE

-1-

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**

...

<␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣␣

Counsel for Plaintiff

701 E. Washington Street
Tampa, Florida 33602
Phone: 813-222-0977
Facsimile: 813-224-0373

Attorneys for Plaintiff,

DATED: April 6, 2009    By: /s/ _____

DLA PIPER LLP (US)
1251 Avenue of the Americas
New York, NY 10020
Telephone: (212) 335-4500
Facsimile: (212) 335-4501
*Defendants' Liaison Counsel*

**PURSUANT TO THE TERMS SET FORTH IN THE PARTIES' STIPULATION, IT IS SO ORDERED.**

Dated: April 9, 2009    _____
Hon. Charles R. Breyer
United States District Court

[SEAL: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED — Judge Charles R. Breyer]

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE**